■ In the Matter of MICHAEL PANNA, Petitioner, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed. Memorandum: Petitioner's argument that respondent's determination to revoke his parole is not supported by substantial evidence was not asserted in his "petition" or in his attorney's affidavit in support of that "petition". The issue is raised for the first time in petitioner's brief and therefore is not before us *(see, Matter of Williams v Kelly,* 132 AD2d 948; *Matter of Belgrave v Ward,* 72 AD2d 898). We find, nonetheless, that respondent's determination is supported by a preponderance of the evidence *(see,* Executive Law § 259-i [3] [f] [viii]; *People ex rel. Saafir v Mantello,* 163 AD2d 824). (Article 78 proceeding transferred by order of Supreme Court, Erie County, McGowan, J.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. KENNY, Appellant.—Judgment unanimously affirmed. Memorandum: By his plea of guilty, defendant waived the right to challenge the sufficiency of the proof before the Grand Jury *(see, People v Buthy,* 85 AD2d 890).

We have examined defendant's remaining arguments on appeal and find them lacking in merit. (Appeal from judgment of Seneca County Court, Maloy, J.—criminal possession of stolen property, third degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.